United States Bankruptcy Court
District of Maryland

Jefdan Properties, LLC,
    Plaintiff
DP Capital LLC,
    Defendant

Adv. Proc. No. 25-00154-NVA

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 1
Date Rcvd: Jun 12, 2025      Form ID: ntcsvcmp      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Jefdan Properties, LLC, 2235 Conquest Way, Odenton, MD 21113-2679 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

**SERVICE OF SUMMONS AND COMPLAINT**

The summons and complaint must be served on each named defendant. If you have named the United States or a federal agency as a defendant, you are required to serve the U.S. Attorney and the Attorney General of the United States with a copy of the complaint and the summons (see section C.2.iii below). The summons and complaint may be served anywhere in the United States. For service in a foreign country, see Federal Rule of Bankruptcy Procedure 7004.

A. **Certificate of Service – You must complete the enclosed Certificate of Service and then file it with the U.S. Bankruptcy Court after service of the Complaint and Summons has been made. A certificate of service must be filed for each defendant served.**

B. Time Limit for Service – Service must be made (or mailed) within seven days following the issuance date of the summons. If service is not timely delivered or mailed, another summons shall be issued and served, pursuant to Federal Rule of Bankruptcy Procedure 7004(e).

C. Methods of Service

   1. Personal Service – Is permitted by a person not less than 18 years of age and not a party to the complaint.

   2. First Class Mail – Service may not be made on defendants within the United States by first class U.S. mail postage pre-paid, except as stated below. Service by first class mail is also subject to the following requirements:

      i. Mail service on a bank, savings and loan, or other insured depository institution in a contested matter or adversary proceeding must be made by certified mail addressed to an officer of the institution unless one of three exceptions applies. Those exceptions are 1) the attorney for the depository institution has filed a paper in the matter or has otherwise entered his or her appearance, 2) the court, following the procedure set out in the rule, orders otherwise, and 3) the depository institution has waived the requirement in writing by designating an officer to receive service.

      ii. If serving the bankruptcy debtor by mail, the summons and complaint must be mailed to the address stated on the bankruptcy petition or to such other address as the debtor may designate in a writing filed with the Bankruptcy Court. If the debtor is represented by an attorney, whenever service is made upon the debtor, service shall also be made upon the debtor's attorney by any means authorized by Federal Rule of Civil Procedure 5(b), including service by electronic means if the attorney has consented in writing to electronic service.

      iii. Service on an Agency of the United States must be made to all three of the following addresses:

         1. U.S. Attorney for the District of Maryland, 36 S. Charles Street, 4th Floor, Baltimore, MD 21201

         2. Attorney General of the United States, Dept of Justice, Room B-103, 950 Pennsylvania Ave NW, Washington, DC 20530-0001

         3. U.S. Agency Name, Street Address/PO Box, City, State Zip Code (if nonparty agency or officer of the United States)

      iv. Service on the United States Trustee by mail must be mailed to the following address:

         1. Baltimore: United States Trustee Office, 101 W. Lombard Street, Room 2650, Baltimore, MD 21201

         2. Greenbelt: United States Trustee Office, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770

   3. Publication – If a party cannot be served by personal service or first class mail, the Court may, on motion of the plaintiff, order at least one publication in such manner and form as the Court directs (example: newspaper) to satisfy the service requirement.

ntcsvcmp (rev. 03/24/2016)