United States Bankruptcy Court
District of Maryland

Jefdan Properties, LLC,
    Plaintiff

Adv. Proc. No. 25-00154-NVA

DP Capital LLC,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: sumprtps | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Jefdan Properties, LLC, 2235 Conquest Way, Odenton, MD 21113-2679 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25−12364 − NVA**    Chapter: **11**    Adversary No.: **25−00154**

**Jefdan Properties, LLC**
Debtor

**Jefdan Properties, LLC**
Plaintiff

vs.

**DP Capital LLC**
Defendant

## CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS

   I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date of service) by:

\_\_\_\_\_    Mail Service: Regular, first class United States Mail, postage fully prepaid addressed to:

\_\_\_\_\_    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

\_\_\_\_\_    Residence Service: By leaving the process with the following adult at:

\_\_\_\_\_    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

\_\_\_\_\_    Publication: The defendant was served as follows: (Describe briefly)

\_\_\_\_\_    State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

   If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

   Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____    Signature: _____

    Print Name _____

    Business Address _____

    City _____  State _____  Zip _____

sumprtps (rev. 03/08/2011)