Entered: August 4th, 2025
Signed: August 1st, 2025

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–12364 – NVA**    Chapter: **11**    Adversary No.: **25–00154**

**Jefdan Properties, LLC**
Debtor

**Jefdan Properties, LLC**
Plaintiff

vs.

**DP Capital LLC**
Defendant

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing 8 Motion to Dismiss Adversary Proceeding, filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Plaintiff

     Attorney for Plaintiff – PRO SE

     Defendant

     Attorney for Defendant – Maurice Belmont VerStandig
     Interested Party – DP Capital LLC

## End of Order

14x01 (rev. 02/02/2006) – JosephChandler