Entered: August 4th, 2025
Signed: August 1st, 2025
**SO ORDERED**



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| In re: | |
| JEFDAN PROPERTIES, LLC, | CASE NO. 25-12364-NVA |
| Debtor. | CHAPTER 11 |
| JEFDAN PROPERTIES, LLC, | |
| Plaintiff, | |
| v. | ADVERSARY NO. 25-00154 |
| DP CAPITAL LLC, | |
| Defendant. | |

## ORDER REMANDING CASE TO
## THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY

On July 23, 2025, the Court entered a *Consent Order Dismissing Case on Stipulated Terms* and dismissed the main bankruptcy case related to this adversary proceeding. To the extent the Court continues to have subject matter jurisdiction over this removed adversary proceeding, the Court declines to exercise such jurisdiction. Therefore, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

1

2

**ORDERED**, that this proceeding is REMANDED to the Circuit Court of Maryland for Baltimore City.

cc:  Plaintiff
     Defendant
     Attorney for Defendant — Maurice Belmont VerStandig

**END OF ORDER**