# UNITED STATES BANKRUPTCY COURT
## OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

---

THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY

RE: Jefdan Properties, LLC v. DP Capital LLC
Bankruptcy Case No. : 25−12364   N/A
Adversary Case No. : 25−00154   N/A
State Court Case No. :  C−24−CV−25−002129

Dear Clerk:

Pursuant to the Order to remanding the above named case to your Court, we are herewith transmitting a certified copy of the Order remanding the case to your court, along with a certified copy of the docket entries.

Please acknowledge receipt on the copy of this letter and return for insertion in our file.

    Sincerely,

    Joseph Chandler, Deputy Clerk for
    Mark A. Neal, Clerk of Court
    101 W. Lombard St. Room 8530
    Baltimore, MD 21201

### ACKNOWLEDGMENT OF RECEIPT OF TRANSFERRED CASE

DATE: _____

The papers for the above named case have been received.
Our Civil Number is: _____

Clerk of

BY: _____
    Deputy Clerk

43x06 (rev. 12/15/2004) − JosephChandler

Entered: August 4th, 2025
Signed: August 1st, 2025

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| In re: | |
| JEFDAN PROPERTIES, LLC, | CASE NO. 25-12364-NVA |
| Debtor. | CHAPTER 11 |
| JEFDAN PROPERTIES, LLC, | |
| Plaintiff, | |
| v. | ADVERSARY NO. 25-00154 |
| DP CAPITAL LLC, | |
| Defendant. | |

### ORDER REMANDING CASE TO
### THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY

On July 23, 2025, the Court entered a *Consent Order Dismissing Case on Stipulated Terms* and dismissed the main bankruptcy case related to this adversary proceeding. To the extent the Court continues to have subject matter jurisdiction over this removed adversary proceeding, the Court declines to exercise such jurisdiction. Therefore, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

1

**ORDERED**, that this proceeding is REMANDED to the Circuit Court of Maryland for Baltimore City.

cc: Plaintiff
Defendant
Attorney for Defendant — Maurice Belmont VerStandig

**END OF ORDER**

I hereby certify that the foregoing is a true copy of the original thereof now on file in this office.

Dated this 5th day of August 2025

Joseph Chandler

Clerk, U.S. Bankruptcy Court
for the District of Maryland

NODIS, Manual341, DISMISSED

## U.S. Bankruptcy Court
## District of Maryland (Baltimore)
## Bankruptcy Petition #: 25-12364

*Assigned to:* Judge Nancy V. Alquist
Chapter 11   SmBus
Voluntary
Asset

*Date filed:* 03/19/2025
*Debtor dismissed:* 07/23/2025
*341 meeting:* 04/23/2025

*Debtor disposition:* Dismissed for Other Reason

*Case Administrator:* Joseph Chandler
*Team 3 Phone:* 410-962-0794

*Debtor*
**Jefdan Properties, LLC**
2235 Conquest Way
Odenton, MD 21113
ANNE ARUNDEL-MD
Tax ID / EIN: 84-4804214

represented by **Robert Grossbart**
Grossbart, Portney & Rosenberg
One Charles Center
100 North Charles Street, 20th floor
Baltimore, MD 21201
(410)837-0590
Email: robert@grossbartlaw.com

*Trustee*
**For Internal Use Only**
Email: bnc@mdb.uscourts.gov

*U.S. Trustee*
**US Trustee - Baltimore**
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201
(410) 962-4300
Fax : (410) 962-3537
Email: USTPRegion04.BA.ECF@USDOJ.GOV

represented by **Gerard R. Vetter**
DOJ-Ust
101 W. Lombard Street
Suite 2625
.
Baltimore, MD 21201
410-962-4300
Email: gerard.r.vetter@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 03/19/2025 | 1 | Chapter 11 Voluntary Petition Non-Individual . Fee Amount $1738 Filed by Jefdan Properties, LLC. Ch 11 Plan Due by 06/17/2025. Government Proof of Claim due by 09/15/2025. Schedule A/B due 04/2/2025. Schedule D due 04/2/2025. Schedule E/F due 04/2/2025. Schedule G due 04/2/2025. Schedule H due 04/2/2025. Statement of Financial Affairs due 04/2/2025. Summary of Assets and Liabilities due 04/2/2025. Incomplete Filings due 04/2/2025 (Grossbart, Robert) Modified on 3/20/2025. REMOVED SUBV FROM TEXT. (Smith, Denise) (Entered: 03/19/2025) |
| 03/19/2025 | 2 | Receipt of filing fee for Voluntary Petition (Chapter 11)( 25-12364) [misc,volp11a] (1738.00). Receipt number A43614800. Fee amount 1738.00 (re: Doc # 1) (U.S. Treasury) (Entered: 03/19/2025) |

| Date | | Doc # | Description |
|---|---|---|---|
| 03/20/2025 | | 3 | Notice of Appearance and Request for Notice Filed by US Trustee – Baltimore. (Vetter, Gerard) (Entered: 03/20/2025) |
| 03/20/2025 | | 4 | Amended Voluntary Petition – Filed by Robert Grossbart. (Attachments: # 1 Certificate of Service # 2 List of All Creditors) (Grossbart, Robert) (Entered: 03/20/2025) |
| 03/20/2025 | | 5 | Second Amended Voluntary Petition to change Debtor's business type at no. 7 – Filed by Robert Grossbart. (Attachments: # 1 Certificate of Service # 2 List of All Creditors) (Grossbart, Robert) Modified on 3/21/2025. ENHANCED TEXT. (Smith, Denise). (Entered: 03/20/2025) |
| 03/20/2025 | | 6 | Third Amended Voluntary Petition – Filed by Robert Grossbart. (Attachments: # 1 Certificate of Service # 2 List of All Creditors) (Grossbart, Robert) (Entered: 03/20/2025) |
| 03/20/2025 | | 7 | Notice of Appearance and Request for Notice Filed by WCP Fund I LLC. (VerStandig, Maurice) (Entered: 03/20/2025) |
| 03/20/2025 | | 8 | Meeting of Creditors. 341(a) meeting to be held on 4/23/2025 at 10:00 AM via Conference Call – Chapter 11 Baltimore: Phone number 1–866–626–4103, Passcode 2560365#. Proofs of Claims due by 7/22/2025. (Entered: 03/20/2025) |
| 03/20/2025 | | 9 | Fourth Amended Voluntary Petition LLC not Partnership, Chapter 11 no boxes check Filed by Robert Grossbart. (Attachments: # 1 Certificate of Service # 2 List of All Creditors) (Grossbart, Robert)Modified on 3/21/2025. ENHANCED TEXT. (Smith, Denise). (Entered: 03/20/2025) |
| 03/20/2025 | | 10 | Support Document *Corporate Resolutionj* Filed by Robert Grossbart. (Grossbart, Robert) (Entered: 03/20/2025) |
| 03/21/2025 | | 11 | Notice of Deadline for Filing Missing Documents and Warning of Possible Dismissal. Schedule A/B due 4/2/2025. Schedule D due 4/2/2025. Schedule E/F due 4/2/2025. Schedule G due 4/2/2025. Schedule H due 4/2/2025. Statement of Financial Affairs due 4/2/2025. Summary of Assets and Liabilities due 4/2/2025. Incomplete Filings due 4/2/2025. (Smith, Denise) (Entered: 03/21/2025) |
| 03/21/2025 | | 12 | Notice of Missing Corporate Ownership Statement (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Jefdan Properties, LLC). (Smith, Denise) (Entered: 03/21/2025) |
| 03/21/2025 | | 13 | Order to Show Cause As To Dismissal. Response to Show Cause Order due by 4/4/2025. (Smith, Denise) (Entered: 03/21/2025) |
| 03/23/2025 | | 14 | BNC Certificate of Mailing – Meeting of Creditors. (related document(s)8 Meeting of Creditors Chapter 11). No. of Notices: 4. Notice Date 03/23/2025. (Admin.) (Entered: 03/24/2025) |
| 03/23/2025 | | 15 | BNC Certificate of Mailing. (related document(s)12 Notice of Missing Corporate Ownership Statement). No. of Notices: 1. Notice Date 03/23/2025. (Admin.) (Entered: 03/24/2025) |
| 03/23/2025 | | 16 | BNC Certificate of Mailing. (related document(s)11 Notice of Deadline for Filing Missing Documents). No. of Notices: 1. Notice Date 03/23/2025. (Admin.) (Entered: 03/24/2025) |

| | | | |
|---|---|---|---|
| 03/23/2025 | | 17 | BNC Certificate of Mailing – PDF Document. (related document(s)13 Order to Show Cause). No. of Notices: 3. Notice Date 03/23/2025. (Admin.) (Entered: 03/24/2025) |
| 04/02/2025 | | 18 | Motion to Extend Time Filed by Jefdan Properties, LLC. (Attachments: # 1 Proposed Order # 2 List of All Creditors) (Grossbart, Robert) (Entered: 04/02/2025) |
| 04/04/2025 | | 19 | Response to Show Cause Order on behalf of Jefdan Properties, LLC Filed by Robert Grossbart (related document(s)13 Order to Show Cause). (Grossbart, Robert) (Entered: 04/04/2025) |
| 04/04/2025 | | 20 | Notice And Order Extending Time To File Statement Of Financial Affairs, Chapter 11 Plan, And Schedules. APRIL 16, 2025. (related document(s):18 Motion to Extend Time filed by Debtor Jefdan Properties, LLC). Schedule A/B due 4/16/2025. Schedule D due 4/16/2025. Schedule E/F due 4/16/2025. Schedule G due 4/16/2025. Schedule H due 4/16/2025. Declaration for Schedules due 4/16/2025. Statement of Financial Affairs due 4/16/2025. Summary of Assets and Liabilities due 4/16/2025.Balance Sheet Due 4/16/2025.Statement of Operations due 4/16/2025.Cash Flow Statement due 4/16/2025. Incomplete Filings due 4/16/2025 (Chandler, Joseph) (Entered: 04/04/2025) |
| 04/06/2025 | | 21 | BNC Certificate of Mailing – PDF Document. (related document(s)20 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 04/06/2025. (Admin.) (Entered: 04/07/2025) |
| 04/08/2025 | | 22 | Order Dissolving Show Cause Order (related document(s)13 Order to Show Cause). (Chandler, Joseph) (Entered: 04/08/2025) |
| 04/10/2025 | | 23 | BNC Certificate of Mailing – PDF Document. (related document(s)22 Order Dissolving Show Cause Order). No. of Notices: 1. Notice Date 04/10/2025. (Admin.) (Entered: 04/11/2025) |
| 04/14/2025 | | 24 | Application to Employ Robert N. Grossbart as Counsel Filed by Jefdan Properties, LLC. (Attachments: # 1 List of All Creditors) (Grossbart, Robert) Modified on 6/3/2025. REMOVED DOCKET TEXT. (Smith, Denise). (Entered: 04/14/2025) |
| 04/16/2025 | | 25 | Deficiency Notice (related document(s)24 Application to Employ filed by Debtor Jefdan Properties, LLC). Cured Pleading due by 4/30/2025. (Chandler, Joseph) (Entered: 04/16/2025) |
| 04/16/2025 | | 26 | Second Motion to Extend Time Filed by Jefdan Properties, LLC. (Attachments: # 1 Proposed Order # 2 List of All Creditors) (Grossbart, Robert) (Entered: 04/16/2025) |
| 04/18/2025 | | 27 | BNC Certificate of Mailing. (related document(s)25 Deficiency Notice). No. of Notices: 1. Notice Date 04/18/2025. (Admin.) (Entered: 04/19/2025) |
| 04/21/2025 | | 28 | Second Notice And Order Extending Time To File Statement OF Financial Affairs, Chapter 11 Plan, And Schedules. APRIL 28, 2025. (related document(s):26 Motion to Extend Time filed by Debtor Jefdan Properties, LLC). Schedule A/B due 4/28/2025. Schedule D due 4/28/2025. Schedule E/F due 4/28/2025. Schedule G due 4/28/2025. Schedule H due 4/28/2025. Declaration for Schedules due 4/28/2025. Statement of Financial Affairs due 4/28/2025. Summary of Assets and Liabilities due 4/28/2025. |

| | | | |
|---|---|---|---|
| | | | Incomplete Filings due 4/28/2025 (Chandler, Joseph) (Entered: 04/21/2025) |
| 04/21/2025 | | | U.S. Trustee's 341 Meeting Report: The U.S. Trustee hereby reports that the Meeting of Creditors for this case was *continued to May 2, 2025 at 10 a.m. Phone number 1−866−626−4103, Passcode 2560365#.*. Filed by US Trustee − Baltimore. (Vetter, Gerard) (Entered: 04/21/2025) |
| 04/23/2025 | | 29 | BNC Certificate of Mailing − PDF Document. (related document(s)28 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 04/23/2025. (Admin.) (Entered: 04/24/2025) |
| 04/25/2025 | | 30 | Objection on behalf of US Trustee − Baltimore Filed by Gerard R. Vetter (related document(s)24 Application to Employ filed by Debtor Jefdan Properties, LLC). (Vetter, Gerard) (Entered: 04/25/2025) |
| 05/02/2025 | | 31 | Schedules A−H on behalf of Jefdan Properties, LLC, Summary of Assets and Liabilities Schedules for Non−Individual on behalf of Jefdan Properties, LLC Filed by Robert Grossbart. (Grossbart, Robert) (Entered: 05/02/2025) |
| 05/02/2025 | | 32 | Statement of Financial Affairs for Non−Individual on behalf of Jefdan Properties, LLC Filed by Robert Grossbart. (Grossbart, Robert) (Entered: 05/02/2025) |
| 05/02/2025 | | 33 | Certificate of Service Filed by Robert Grossbart (related document(s)31 Schedules A−H filed by Debtor Jefdan Properties, LLC, Summary of Assets and Liabilities, 32 Statement of Financial Affairs filed by Debtor Jefdan Properties, LLC). (Attachments: # 1 List of All Creditors) (Grossbart, Robert) (Entered: 05/02/2025) |
| 05/05/2025 | | | U.S. Trustee's 341 Meeting Report: The U.S. Trustee hereby reports that the Meeting of Creditors for this case was *continued to May 9, 2025 at 10 a.m., Telephone Number 1−866−626−4103, Passcode 2560365#.* Filed by US Trustee − Baltimore. (Vetter, Gerard) (Entered: 05/05/2025) |
| 05/09/2025 | | | U.S. Trustee's 341 Meeting Report: The U.S. Trustee hereby reports that the Meeting of Creditors for this case was conducted and concluded by the U.S. Trustee pursuant to 11 U.S.C. Section 341(a)on May 9, 2025 . Filed by US Trustee − Baltimore. (Vetter, Gerard) (Entered: 05/09/2025) |
| 05/19/2025 | | 34 | Notice of Hearing (related document(s)24 Application to Employ filed by Debtor Jefdan Properties, LLC, 30 Objection filed by U.S. Trustee US Trustee − Baltimore). Hearing scheduled for 6/6/2025 at 02:00 PM. Virtual hearing − For hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688. (Chandler, Joseph) (Entered: 05/19/2025) |
| 05/21/2025 | | 35 | BNC Certificate of Mailing − Hearing. (related document(s)34 Notice of Hearing). No. of Notices: 1. Notice Date 05/21/2025. (Admin.) (Entered: 05/22/2025) |
| 06/03/2025 | | 36 | Order Denying Application For Employment of Counsel (related document(s):24 Application to Employ filed by Debtor Jefdan Properties, LLC). (Smith, Denise) (Entered: 06/03/2025) |
| 06/05/2025 | | 37 | BNC Certificate of Mailing − PDF Document. (related document(s)36 Order on Application to Employ). No. of Notices: 3. Notice Date |

| | | | |
|---|---|---|---|
| | | | 06/05/2025. (Admin.) (Entered: 06/06/2025) |
| 06/06/2025 | | 38 | Adversary case 25-00154. (01 (Determination of removed claim or cause)) Notice of Removal *Filed by DP Capital LLC (Not Filed by Debtor)* by Jefdan Properties, LLC. Fee Amount $350. (Attachments: # 1 State Court Complaint with Exhibits Thereto and State Court Civil Cover Sheet) (VerStandig, Maurice) (Entered: 06/06/2025) |
| 06/11/2025 | | 39 | Motion to Convert Case from Chapter 11 to Chapter 7 . The filing fee is EXEMPT - Filed on behalf of the United States., or in the alternative Motion to Dismiss Case for other reasons Filed by US Trustee - Baltimore. (Vetter, Gerard) (Entered: 06/11/2025) |
| 06/12/2025 | | 40 | Order Setting Hearing To Convert 11 To Chapter 7 Or In The Alternative To Dismiss. THE HEARING SHALL BE HELD ON JUNE 27, 2025 AT 2:00 P.M.. (related document(s)39 Motion to Convert Case from Chapter 11 to Chapter 7 filed by U.S. Trustee US Trustee - Baltimore, Motion to Dismiss Case). Hearing scheduled for 6/27/2025 at 02:00 PM. In person hearing Courtroom 2-A Baltimore, Judge Alquist. (Chandler, Joseph) (Entered: 06/12/2025) |
| 06/14/2025 | | 41 | BNC Certificate of Mailing - PDF Document. (related document(s)40 Order Setting Hearing (bk)). No. of Notices: 5. Notice Date 06/14/2025. (Admin.) (Entered: 06/15/2025) |
| 06/19/2025 | | 42 | Motion for Relief from Stay and Notice of Motion Re: 2427 Callow Avenue, Baltimore, Maryland 21217. Fee Amount $199. Notice Served on 6/19/2025, Filed by WCP Fund I LLC. Objections due by 07/3/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 07/17/2025 at 02:00 PM - Courtroom 2-A. (Attachments: # 1 Exhibit A - Promissory Note # 2 Exhibit B - Deed of Trust # 3 Exhibit C - Assignment of Deed of Trust # 4 Notice of Motion for Relief from Stay and Hearing Thereon # 5 Mailing Matrix) (VerStandig, Maurice) (Entered: 06/19/2025) |
| 06/19/2025 | | 43 | Receipt of filing fee for Relief from Stay and Notice of Motion( 25-12364) [motion,mrlfntc] ( 199.00). Receipt number A44042066. Fee amount 199.00 (re: Doc # 42) (U.S. Treasury) (Entered: 06/19/2025) |
| 06/22/2025 | | 44 | Second Application to Employ Robert N Grossbart, Grossbart, Portney and Rosenberg, P.A. as Counsel and Verified Statement of Proposed Party Filed by Jefdan Properties, LLC. (Attachments: # 1 Affidavit # 2 List of All Creditors) (Grossbart, Robert) Modified on 6/23/2025 (Smith, Denise). (Entered: 06/22/2025) |
| 06/22/2025 | | 45 | Disclosure of Compensation of Attorney for Debtor Filed by Robert Grossbart. (Attachments: # 1 Certificate of Service) (Grossbart, Robert) (Entered: 06/22/2025) |
| 06/24/2025 | | 46 | Consent Motion to Continue Hearing Scheduled for *June 27, 2025 and July 17, 2025* Filed by WCP Fund I LLC (related document(s)40 Order Setting Hearing (bk), 42 Relief from Stay and Notice of Motion filed by Creditor WCP Fund I LLC). (Attachments: # 1 Proposed Order) (VerStandig, Maurice) (Entered: 06/24/2025) |
| 06/26/2025 | | 47 | Order Granting Consent Motion To Specially Set Hearings (related document(s):39 Motion to Convert Case from Chapter 11 to Chapter 7 filed by U.S. Trustee US Trustee - Baltimore, Motion to Dismiss Case, 42 Relief from Stay and Notice of Motion filed by Creditor WCP Fund I |

| Date | | | # | Description |
|---|---|---|---|---|
| | | | | LLC). Hearing scheduled for 7/22/2025 at 10:30 AM. In person hearing Courtroom 2-A Baltimore, Judge Alquist. (Chandler, Joseph) (Entered: 06/26/2025) |
| 06/26/2025 | | | 48 | Response on behalf of Jefdan Properties, LLC Filed by Robert Grossbart (related document(s)39 Motion to Convert Case from Chapter 11 to Chapter 7 filed by U.S. Trustee US Trustee - Baltimore, Motion to Dismiss Case). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Grossbart, Robert) (Entered: 06/26/2025) |
| 06/26/2025 | | | 49 | Response on behalf of WCP Fund I LLC Filed by Maurice Belmont VerStandig (related document(s)39 Motion to Convert Case from Chapter 11 to Chapter 7 filed by U.S. Trustee US Trustee - Baltimore, Motion to Dismiss Case). (Attachments: # 1 Proposed Order) (VerStandig, Maurice) (Entered: 06/26/2025) |
| 06/27/2025 | | | | Hearing Set On (related document(s)48 Response filed by Debtor Jefdan Properties, LLC, 49 Response filed by Creditor WCP Fund I LLC). Hearing scheduled for 6/27/2025 at 02:00 PM. In person hearing Courtroom 2-A Baltimore, Judge Alquist. (Chandler, Joseph) (Entered: 06/27/2025) |
| 06/28/2025 | | | 50 | BNC Certificate of Mailing - PDF Document. (related document(s)47 Order on Motion to Continue/Reschedule Hearing). No. of Notices: 2. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |
| 07/02/2025 | | | 51 | Response on behalf of Jefdan Properties, LLC Filed by Robert Grossbart (related document(s)42 Relief from Stay and Notice of Motion filed by Creditor WCP Fund I LLC). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Grossbart, Robert) (Entered: 07/02/2025) |
| 07/23/2025 | | | 52 | Consent Order Dismissing Case on Stipulated Terms. Motion for Relief is Denied as Moot. (related documents):39 Motion to Convert Case from Chapter 11 to Chapter 7 or to Dismiss Case filed by U.S. Trustee and 42 Motion for Relief from Stay and Notice of Motion Re: 2427 Callow Avenue, Baltimore MD 21217 filed by creditor WCP Fund I LLC. Eligibility date to File 3/11/2026. (Rybczynski, Mark) (Entered: 07/23/2025) |
| 07/26/2025 | | | 53 | BNC Certificate of Mailing. (related document(s)52 Order on Motion to Convert Case from Chapter 11 to Chapter 7). No. of Notices: 5. Notice Date 07/26/2025. (Admin.) (Entered: 07/27/2025) |
| 07/26/2025 | | | 54 | BNC Certificate of Mailing - PDF Document. (related document(s)52 Order on Motion to Convert Case from Chapter 11 to Chapter 7). No. of Notices: 5. Notice Date 07/26/2025. (Admin.) (Entered: 07/27/2025) |
| 07/26/2025 | | | 55 | BNC Certificate of Mailing - PDF Document. (related document(s)52 Order on Motion to Convert Case from Chapter 11 to Chapter 7). No. of Notices: 1. Notice Date 07/26/2025. (Admin.) (Entered: 07/27/2025) |
| 07/26/2025 | | | 56 | BNC Certificate of Mailing - PDF Document. (related document(s)52 Order on Motion to Convert Case from Chapter 11 to Chapter 7). No. of Notices: 2. Notice Date 07/26/2025. (Admin.) (Entered: 07/27/2025) |

I hereby certify that the foregoing is a true copy of the original thereof now on file in this office.

Dated this ___5th___ day of
___August___ 2025

[signature]
Clerk, U.S. Bankruptcy Court
for the District of Maryland

**U.S. Bankruptcy Court**
**District of Maryland (Baltimore)**
**Adversary Proceeding #: 25−00154**

Assigned to: Judge Nancy V. Alquist
BK Case: 25−12364
BK Title: Jefdan Properties, LLC
Lead BK Chapter: 11
Demand: $150000
Nature[s] of Suit: 01 Determination of removed claim or cause

Date Filed: 06/06/25
Case Administrator: Joseph Chandler
Team Phone: 410−962−0794

*Plaintiff*
-----------------------

**Jefdan Properties, LLC**
2235 Conquest Way
Odenton, MD 21113
Tax ID / EIN: 84−4804214

represented by **Jefdan Properties, LLC**
PRO SE

V.

*Defendant*
-----------------------

**DP Capital LLC**
c/o The VerStandig Law Firm, LLC
9812 Falls Road
#114−160
Potomac, MD 20854

represented by **Maurice Belmont VerStandig**
The VerStandig Law Firm, LLC
9812 Falls Road
#114−160
Potomac, MD 20854
301−444−4600
Email: mac@mbvesq.com

| Filing Date | # | Docket Text |
|---|---|---|
| 06/06/2025 | 1 | Adversary case 25−00154. (01 (Determination of removed claim or cause)) Notice of Removal *Filed by DP Capital LLC (Not Filed by Debtor)* by Jefdan Properties, LLC. Fee Amount $350. (Attachments: # 1 State Court Complaint with Exhibits Thereto and State Court Civil Cover Sheet) (VerStandig, Maurice) (Entered: 06/06/2025) |
| 06/06/2025 | 2 | Receipt of filing fee for Notice of Removal( 25−00154) [cmp,ntcrmvl] ( 350.00). Receipt number A43979406. Fee amount 350.00 (re: Doc # 1) (U.S. Treasury) (Entered: 06/06/2025) |
| 06/06/2025 | 3 | Notice of Appearance and Request for Notice Filed by DP Capital LLC. (VerStandig, Maurice) (Entered: 06/06/2025) |
| 06/12/2025 | 4 | Summons Issued on DP Capital LLC Date Issued 6/12/2025, Answer Due 7/14/2025 (related document(s)1 Notice of Removal filed by Plaintiff Jefdan Properties, LLC). Pre−Trial Conference set for 8/5/2025 at 11:00 AM. Virtual hearing − For hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688. (Chandler, Joseph) (Entered: 06/12/2025) |
| 06/14/2025 | 5 | |

| | | | |
|---|---|---|---|
| | | | BNC Certificate of Mailing.. No. of Notices: 1. Notice Date 06/14/2025. (Admin.) (Entered: 06/15/2025) |
| 06/14/2025 | | 6 | BNC Certificate of Mailing.. No. of Notices: 1. Notice Date 06/14/2025. (Admin.) (Entered: 06/15/2025) |
| 06/14/2025 | | 7 | BNC Certificate of Mailing.. No. of Notices: 1. Notice Date 06/14/2025. (Admin.) (Entered: 06/15/2025) |
| 06/21/2025 | | 8 | STRICKEN BY ORDER AT 10. Motion to Dismiss Adversary Proceeding Filed by DP Capital LLC. (Attachments: # 1 Exhibit A – First Promissory Note # 2 Exhibit B – Second Promissory Note # 3 Exhibit C – Fourth Modification of Commercial Deed of Trust Note and Other Loan Documents # 4 Exhibit D – Fourth Modification of Commercial Deed of Trust Note and Other Loan Documents) (VerStandig, Maurice)Modified on 8/4/2025 (Chandler, Joseph). (Entered: 06/21/2025) |
| 06/23/2025 | | 9 | Deficiency Notice (related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant DP Capital LLC). Cured Pleading (Proposed Order) due by 7/7/2025. (Smith, Denise) (Entered: 06/23/2025) |
| 08/04/2025 | | 10 | Order Striking Pleading for Failure of Party to Comply with Required Filing Procedures (related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant DP Capital LLC). (Chandler, Joseph) (Entered: 08/04/2025) |
| 08/04/2025 | | 11 | Order Remanding Case To The Circuit Court Of Maryland For Baltimore City (Chandler, Joseph) (Entered: 08/04/2025) |