United States Bankruptcy Court
District of Maryland

Jefdan Properties, LLC,
    Plaintiff

DP Capital LLC,
    Defendant

Adv. Proc. No. 25-00154-NVA

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 1
Date Rcvd: Aug 04, 2025      Form ID: pdfall      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | DP Capital LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| pla | + | Jefdan Properties, LLC, 2235 Conquest Way, Odenton, MD 21113-2679 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 1



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Baltimore Division**

| | |
|---|---|
| In re: | |
| JEFDAN PROPERTIES, LLC, | CASE NO. 25-12364-NVA |
| Debtor. | CHAPTER 11 |
| JEFDAN PROPERTIES, LLC, | |
| Plaintiff, | |
| v. | ADVERSARY NO. 25-00154 |
| DP CAPITAL LLC, | |
| Defendant. | |

**ORDER REMANDING CASE TO
THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY**

On July 23, 2025, the Court entered a *Consent Order Dismissing Case on Stipulated Terms* and dismissed the main bankruptcy case related to this adversary proceeding. To the extent the Court continues to have subject matter jurisdiction over this removed adversary proceeding, the Court declines to exercise such jurisdiction. Therefore, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

1

**ORDERED**, that this proceeding is REMANDED to the Circuit Court of Maryland for Baltimore City.

cc: Plaintiff
Defendant
Attorney for Defendant — Maurice Belmont VerStandig

**END OF ORDER**