United States Bankruptcy Court
District of Maryland

Jefdan Properties, LLC,
    Plaintiff                                                     Adv. Proc. No. 25-00154-NVA

DP Capital LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0416-1                     User: admin                     Page 1 of 1
Date Rcvd: Aug 05, 2025            Form ID: pdfall               Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| | + | Baltimore City Circuit Court, Civil Division, 111 N.Calvert St, room 462,, Baltimore, Maryland 21202-1910 |
| dft | + | DP Capital LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| pla | + | Jefdan Properties, LLC, 2235 Conquest Way, Odenton, MD 21113-2679 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 1

Entered: August 4th, 2025
Signed: August 1st, 2025

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
**Baltimore Division**

| | |
|---|---|
| In re: | |
| JEFDAN PROPERTIES, LLC, | CASE NO. 25-12364-NVA |
| Debtor. | CHAPTER 11 |
| JEFDAN PROPERTIES, LLC, | |
| Plaintiff, | |
| v. | ADVERSARY NO. 25-00154 |
| DP CAPITAL LLC, | |
| Defendant. | |

## ORDER REMANDING CASE TO
## <u>THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY</u>

On July 23, 2025, the Court entered a *Consent Order Dismissing Case on Stipulated Terms*

and dismissed the main bankruptcy case related to this adversary proceeding.  To the extent the

Court continues to have subject matter jurisdiction over this removed adversary proceeding, the

Court declines to exercise such jurisdiction.  Therefore, it is, by the United States Bankruptcy

Court for the District of Maryland, hereby

1

**ORDERED**, that this proceeding is REMANDED to the Circuit Court of Maryland for

Baltimore City.

cc:    Plaintiff
        Defendant
        Attorney for Defendant — Maurice Belmont VerStandig

**END OF ORDER**